**In re Nathaniel P. LANGFORD.**

No. 04–1143.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2004.

Before MAYER, Chief Judge, ARCHER, Senior Circuit Judge, and CLEVENGER, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.